IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOSEPH CASEY MCGHEE, and        )
MOORISH AMERICAN PEOPLE,        )
                                )
          Plaintiffs,           )
                                )
     v.                         )
                                )     1:23-cv-272
PERSON COUNTY COURT, STATE      )
OF NORTH CAROLINA, UNITED       )
STATES OF AMERICA, UNITED       )
STATES SUPREME COURT, and       )
UNITED STATES CONGRESS,         )
                                )
          Defendants.           )
```

## ORDER

On April 4, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of September, 2023.

　　　　　　　　　　　　　／s／ William L. Osteen, Jr.
　　　　　　　　　　　　　United States District Judge